IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC G. WILLIAMS,

        Plaintiff,                  No. CIV S-08-2348 EFB P

        vs.

DIRECTOR, DEPARTMENT OF
MOTOR VEHICLES, et al.,

        Defendants.               ORDER

                                        /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

////

////

////

1

1  Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail
3 to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this
4 order will result in a recommendation that this action be dismissed.
5  So ordered.
6 DATED: October 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE