IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC G. WILLIAMS,

      Plaintiff,                        No. CIV S-08-2348 LKK EFB P

    vs.

DEPARTMENT OF MOTOR
VEHICLES, Director, et al.,

      Defendants.                  FINDINGS AND RECOMMENDATIONS

                                  /

        Plaintiff was a state prisoner when he filed the above-captioned case. He proceeds without counsel. On October 7, 2009, the court dismissed plaintiff's original complaint with leave to amend. The court's order explained the deficiencies in the complaint and granted plaintiff sixty days to file an amended complaint. The order warned plaintiff that failure to comply would result in a recommendation that this action be dismissed. On December 22, 2009, the court granted plaintiff an additional sixty days within which to file his amended complaint.

        The 60-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

1

1  Accordingly, it is hereby RECOMMENDED that this action be dismissed.

2  These findings and recommendations are submitted to the United States District Judge
3  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one
4  days after being served with these findings and recommendations, any party may file written
5  objections with the court and serve a copy on all parties.  Such a document should be captioned
6  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
7  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
8  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
9  Dated:  April 12, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE